MEMORANDUM OPINION




No. 04-03-00079-CV



THIRTY THOUSAND SEVENTY-SIX DOLLARS AND NINETY CENTS ($30,076.90)
United States Currency, One (1) 1997 Ford Aerostar Van and Certain Property,

Appellants



v.



The STATE of Texas,


Appellee



From the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CR-14172


Honorable David Peeples, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: April 23, 2003


DISMISSED

 A notice of appeal was filed on November 4, 2002. On January 14, 2003, this court was
notified by the trial court clerk that the clerk's record was late because appellants had failed to pay
or make arrangements to pay the clerk's fee for preparing the record. On March 20, 2003, we
ordered appellants to provide written proof to this court stating that either the clerk's fee had been
paid, arrangements had been made to pay the clerk's fee, or to show that appellants were entitled
to appeal without paying the clerk's fee. Appellants did not respond. Therefore, the appeal is
dismissed for want of prosecution. See Tex. R. App. P. 42.3(c). Costs of appeal, if any, are taxed
against appellants.

 PER CURIAM